UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE HEAT AND
FROST INSULATORS AND
ALLIED WORKERS LOCAL 47
RETIREMENT TRUST FUND, *et al.*,

    Plaintiffs,

                                      Case No. 1:15-cv-540

v.                                       Hon. Ray Kent

INTERNATIONAL INSULATION
FABRICATORS, INC. and
ROBERT S. RUELL,

    Defendants.
_____/

**JUDGMENT**

        In accordance with the Opinion and Order entered this date, Judgment is entered in favor of defendants and against plaintiffs.

Dated: January 19, 2017                /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge